UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court File No. 14-SC-3220 (JRT/KMM) |
| ex rel. | |
| Ryan Mesaros (RELATOR), | |
| Plaintiffs, | **FALSE CLAIMS ACT NOTICE OF DISMISSAL WITHOUT PREJUDICE BY RELATOR** |
| v. | |
| CVS Caremark Corporation, CVS Pharmacy, Inc., Caremark, LLC, and Caremark Minnesota Specialty Pharmacy Holding, LLC, | **FILED UNDER SEAL AND *IN CAMERA* PURSUANT TO 31 U.S.C. § 3730(b)(2)** |
| Defendants. | **DO NOT PLACE IN PRESS BOX DO NOT ENTER ON PACER OR CM/ECF** |

---

TO: Court Administrator

Pursuant to Fed. R. Civ. P. 41(a)(1), Relator voluntarily dismisses this case without prejudice. The United States consents to this dismissal without prejudice with the understanding that such dismissal does not infringe on the rights of the United States to further investigate or prosecute these matters at any future date, and the dismissal of this matter is also without prejudice as to the United States.

**JOHN A. KLASSEN, PA**

Date: August 8, 2017

/s/ John A. Klassen
John A. Klassen (No. 24434X)
310 Fourth Avenue South
Suite 5010
Minneapolis, MN 55415
(612) 204-4533

RECEIVED AUG 09 2017 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

SCANNED
AUG -9 2017
U.S. DISTRICT COURT MPLS

**MULLER & MULLER, PLLC**

/s/ Andrew P. Muller
Andrew P. Muller (No. 32467X)
3109 West 50th Street, No. 362
Minneapolis, MN 55410-2102
(612) 604-5341

**ATTORNEYS FOR PLAINTIFF AND RELATOR RYAN MESAROS**