## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, ex rel.,
RYAN MESAROS,

        Plaintiff,        Civil No. 14-sc-3220 (JRT/KMMM)

**ORDER**

        v.

CVS CAREMARK CORPORATION,
CVS PHARMACY, INC., CAREMARK, LLC,
and CAREMARK MINNESOTA SPECIALTY
PHARMACY HOLDING, LLC,

        Defendants.

Upon consideration of the United States' Notice to Unseal Closed Case **IT IS HEREBY ORDERED**:

1)    The relator's amended complaint, the relator's motion to dismiss and the order granting dismissal, the United States' NOTICE TO UNSEAL CLOSED CASE, and this Order be unsealed, and

2)    All other contents of the Court's file in this action remain under seal and not be made public.

Date: August 30, 2018
at Minneapolis, Minnesota.

                                          s/John R. Tunheim
                                          JOHN R. TUNHEIM
                                          Chief Judge
                                          United States District Court